# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 45892

STATE OF IDAHO,

        Plaintiff-Respondent,

v.

ROCKY JOE RINGLEMAN,

        Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)
)

Filed: September 11, 2018

Karel A. Lehrman, Clerk

THIS IS AN UNPUBLISHED
OPINION AND SHALL NOT
BE CITED AS AUTHORITY

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Nancy Baskin, District Judge.

Judgment of conviction and unified sentence of ten years, with a minimum period of confinement of two years, for burglary, <u>affirmed</u>.

Eric D. Fredericksen, State Appellate Public Defender; Elizabeth A. Allred, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; GUTIERREZ, Judge;
and LORELLO, Judge

_____

PER CURIAM

    Rocky Joe Ringleman pled guilty to burglary. I.C. § 18-1401. In exchange for his guilty plea, additional charges were dismissed and the State agreed not to pursue an allegation that Ringleman is a persistent violator. The district court sentenced Ringleman to a unified term of ten years, with a minimum period of confinement of two years. Ringleman filed an I.C.R. 35 motion, which the district court denied. Ringleman appeals, arguing that his sentence is excessive.

1

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Ringleman's judgment of conviction and sentence are affirmed.